B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John William Fales**  
Debtor(s)

Case No. **10-31853**  
Chapter **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, **John William Fales**, the debtor in the above-styled case, hereby certify that on **April 12, 2010**, I completed an instructional course in personal financial management provided by **Start Fresh Today Instructional, LLC**, an approved personal financial management provider.

Certificate No. (if any): **03844-MIE-DE-010583831**.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
- ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
- ☐ Active military duty in a military combat zone; or
- ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ John William Fales**  
**John William Fales**

Date: **April 15, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2010 Best Case Solutions. - Evanston, IL - bestcase.com                Best Case Bankruptcy

Certificate Number: 03844-MIE-DE-010583831

Bankruptcy Case Number: 10-31853

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 12, 2010, at 5:44 o'clock PM EDT, John Fales completed a course on personal financial management given by internet by Start Fresh Today Instructional, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: April 12, 2010

By /s/Gonzalo Ortega

Name Gonzalo Ortega

Title Educator